LEHIGH VALLEY TRACTION CO. v. HALE & KILBURN MFG. CO. (Circuit Court of Appeals, Third Circuit. May 19, 1904.) Appeal from the

Circuit Court .of the United States for the Eastern District of Pennsylvania. Geo. H. Knight, for appellant. S. O. Edmonds, for appellee. Dismissed by consent of counsel, without costs. See 126 Fed. 653.